## UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| MELISSA WHITE, Individually, and as heir and Special Administratrix of the Estate of JOHN WHITE, deceased,<br><br>Plaintiff - Appellant,<br><br>V.<br><br>BEVERLY CUNNINGHAM,<br><br>Defendant - Appellee. | No. 06-15377<br>D.C. No. CV-00-00749-KJD<br><br>**JUDGMENT** |

Appeal from the United States District Court for the District of Nevada (Las Vegas).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Nevada (Las Vegas) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED**.

Filed and entered 12/19/07

A TRUE COPY  2/13/08
ATTEST
CATHY CATTERSON
Clerk of Court
by: _____
Deputy Clerk
This certification does constitute the mandate of the court




Cathy A. Catterson
Clerk of Court

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
95 Seventh Street
Post Office Box 193939
San Francisco, California 94119-3939

(415) 355-8000

February 13, 2008

USDC, Las Vegas
District of Nevada (Las Vegas)
333 Las Vegas Blvd.
Las Vegas, NV 89101

| No. | Title | Agency/D.C. No. |
|---|---|---|
| 06-15377 | White v. Cunningham | CV-00-00749-KJD |

Dear Clerk:

The following document in the above listed cause is being sent to you under cover of this letter.

- *Certified copy of the Decree of the Court*

The record on appeal will follow under separate cover. Please acknowledge receipt on the enclosed copy of this letter.

Very truly yours,

Cathy A. Catterson
Clerk of Court

By: Kwok K. Wong
Deputy Clerk

Enclosure(s)
cc: All Counsel